IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS,<br><br>Plaintiffs,<br><br>v.<br><br>ZORAN NIKITOVIC, Individually and d/b/a/ Z ONE TRANSPORTATION, INC., an Illinois corporation not in good standing,<br><br>Defendant. | No. 2012 C 5090<br><br>Judge Shadur<br><br>Magistrate Judge Nolan |

## MOTION FOR DEFAULT & JUDGMENT IN SUM CERTAIN

NOW COME the Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, by and through their attorneys, JOHN J. TOOMEY, and ARNOLD AND KADJAN, and, pursuant to FRCP 55, move for entry of an order of default and judgment in sum certain. In support of their Motion, Plaintiffs state as follows:

1. Suit was filed on June 26, 2012 for collection of delinquent ERISA contributions, plus attorneys' fees, costs, and interest, under 29 U.S.C. 1132(g)(2).

2. Service was made upon Zoran Nikitovic, Individually and d/b/a Z One Transportation, Inc., an Illinois corporation not in good standing, on July 11, 2012, and a copy of the proof of service was filed with the court on July 18, 2012.

3. More than 21 days have passed without any response to the Complaint by Defendant, so that Defendant is now in default.

4. As supported by the attached Affidavits, the sums due on the Complaint are:

$7,435.24 Pension
$9,174.67 Welfare
$925.00 Attorneys fees
$444.00 Court costs
$17,978.91

WHEREFORE, Plaintiffs pray for the entry of an order:

A. Finding Defendant, Zoran Nikitovic, Individually and d/b/a Z One Transportation, Inc., an Illinois corporation not in good standing, in default; and

B. Awarding judgment in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $17,978.91.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
203 N. LaSalle Street, Suite 1650
Chicago, IL 60601
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: August 6, 2012